**In re MARRIAGE OF Kenneth C. Lain and Rose E. LAIN.**

**Kenneth C. LAIN, Petitioner/Respondent,**

v.

**Rose E. LAIN, Respondent/Appellant.**

No. 67265.

Missouri Court of Appeals,
Eastern District,
Northern Division.

Nov. 21, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 4, 1996.

Charles C. Schwartz, Jr., Schwartz & Ochs, St. Louis, for appellant.

Jeffrey R. Curl, Clayton Law Offices, Hannibal, for respondent.

Before CRANE, C.J., and CRANDALL and KAROHL, JJ.

*ORDER*

PER CURIAM.

Both parties appeal from the trial court's judgment in a dissolution action which awarded custody of the parties' two minor children to Petitioner, Kenneth C. Lain. We have reviewed the record and the briefs filed by the parties and find the circuit court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).